# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| John Evans<br><br>    Plaintiff,<br><br>v.<br><br>Scott Lowery Law Office, P.C.<br><br>    Defendant. | CASE NO.: 07-cv-5230<br><br>JUDGE: Pallmeyer<br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                                          RESPECTFULLY SUBMITTED,

                                          Legal Helpers, P.C.

                                          By:    s/Timothy J. Sostrin
                                                Timothy J. Sostrin
                                                Attorney for Plaintiff
                                                20 West Kinzie; Suite 1300
                                                Chicago, IL 60611
                                                Telephone: 1.866.339.1156
                                                tjs@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2008, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

Justin M. Penn
Attorney Bar No. 06283726
HINSHAW & CULBERTSON
Jpenn@hinshawlaw.com

                                                        s/Timothy J. Sostrin