## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5230 | **DATE** | 2/19/2008 |
| **CASE TITLE** | John Evans vs. Scott Lowery Law Office, P.C. | | |

**DOCKET ENTRY TEXT**

Minute Order of 1/14/2008 is amended to reflect that the case is dismissed with prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|